# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DELTA PINE LAND CO., LP, ET AL.**                                                    **PLAINTIFFS**

**v.**                                                    **Cause No. 4:06CV170-WAP-EMB**

**TENNESSEE GAS PIPELINE COMPANY**                                                    **DEFENDANT**

## ORDER

**UPON FURTHER REVIEW** of the file and record of this case, the Court finds this case was stayed on January 19, 2007, pending the resolution of a condemnation proceeding in state court. (Order, Doc. #7). Since that time, there has been no activity in this case. Accordingly, a determination should be made regarding the need for continuation of the stay.

**IT IS, THEREFORE, ORDERED** that the parties shall on or before February 1, 2008, submit detailed status reports to the undersigned magistrate judge. The parties' reports shall include a concise statement regarding the status of any and all state court proceedings relevant to this case.

**THIS**, the 18th day of January, 2008.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE